|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------x<br>IN RE:<br><br>SLAVKO PEREZ DUZDEVICH,<br><br>                                   Debtor.<br>------------------------------------------------x | TF-0014/MK<br>August 12, 2025<br>10:00 AM<br><br>Case No. 25-35268-KYP<br><br>Hon. KYU YOUNG PAEK<br><br>**NOTICE OF MOTION** |

       PLEASE TAKE NOTICE, that upon the within application, the Chapter 13 Trustee will move this court before the Honorable Kyu Young Paek, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, VIA ZOOM on the 12th day of August, 2025 at 10:00 AM, or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. §1307(c) for cause, dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

       **PLEASE TAKE FURTHER NOTICE, that any hearing on the within application will be held by telephone or Zoom video conference only.  No in-person hearing will be held in the Courthouse. Participants are required to register their appearance at https:// ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl   48 hours before the scheduled hearing.**

       Responsive papers shall be filed with the Bankruptcy Court and served upon the Chapter 13 Trustee, Thomas C. Frost, Esq., no later than seven (7) days prior to the hearing date set forth above.  Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:  White Plains, New York
       July 23, 2025

                                                                 /s/ *Thomas C. Frost*
                                                              THOMAS C. FROST, CHAPTER 13 TRUSTEE
                                                              399 KNOLLWOOD ROAD, STE 102
                                                               WHITE PLAINS, NY 10603
                                                               (914)328-6333

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------x<br>IN RE:<br><br>SLAVKO PEREZ DUZDEVICH,<br><br>                                        Debtor.<br>------------------------------------------------x | TF-0014/MK<br>August 12, 2025<br>10:00 AM<br><br>Case No: 25-35268-KYP<br><br>Hon. KYU YOUNG PAEK<br><br>**APPLICATION** |

TO THE HONORABLE KYU YOUNG PAEK, U.S. BANKRUPTCY JUDGE:

   THOMAS C. FROST, ESQ., Standing Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

1. The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on March 14, 2025 and, thereafter, THOMAS C. FROST was duly appointed and qualified as Trustee.

2. As of the date of this Motion, the Debtor has completed 4 Plan Months of a 60 Month Plan, and the monthly Plan payment is currently $3,615.00.

3. The Debtor's proposed Chapter 13 plan is not feasible as it is not adequately funded to provide for full repayment to the secured claims as required by 11 U.S.C. §1325(a)(5).

4. The Plan must be amended to address all secured creditors consistent with the amounts listed in the filed claims.

5. Further, the Debtor failed to

   a. serve the Plan on the Trustee and all creditors and file the proof of service thereof as required by S.D.N.Y. LBR 3015-1(c); and

   b. provide to the Trustee proof of the expense listed on Schedule J, line 21 entitled "Continuing education and travel" in the amount of $300.00 per month.

6. The deficiencies as stated above impede the Trustee's ability to administer this case and, therefore, is a default that is prejudicial to the rights of the creditors of the Debtor pursuant to 11 U.S.C. §1307(c)(1).

7. The foregoing constitutes cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. §1307(c).

   WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

Dated: White Plains, New York
       July 23, 2025

                                                                    /s/ *Thomas C. Frost*
                                                                    Thomas C. Frost, Chapter 13 Trustee

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------x     Case No: 25-35268-KYP
IN RE:

  SLAVKO PEREZ DUZDEVICH,
                                                         **CERTIFICATE OF SERVICE**
                                                              **BY MAIL**
                          Debtor.
---------------------------------------------------x
```

This is to certify that I, Nancy Alexander, have this day served a true, accurate and correct copy of the within Notice of Motion and Application by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

SLAVKO PEREZ DUZDEVICH
P.O. BOX 1628
GREENWOOD LAKE, NY 10925

SCOTT B. UGELL, ESQ.
151 NORTH MAIN STREET
SUITE 202
NEW CITY, NY 10956

STEVEN K EISENBERG, ESQ.
STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PA 18976

MICHAEL L. CAREY, ESQ.
RAS LAW, PLLC
6409 CONGRESS AVENUE
SUITE 100
BOCA RATON, FL 11530

This July 23, 2025

/s/Nancy Alexander
Nancy Alexander, Paralegal
Office of the Standing Chapter 13 Trustee
Thomas C. Frost, Esq.
399 Knollwood Road, Suite 102
White Plains, New York 10603
(914) 328-6333

CASE NO:  25-35268-KYP
Hon. KYU YOUNG PAEK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------------------------------------
IN RE:

SLAVKO PEREZ DUZDEVICH,

                Debtor.

**NOTICE OF MOTION, APPLICATION**
**and**
**CERTIFICATE OF SERVICE**

**THOMAS C. FROST**
**STANDING CHAPTER 13 TRUSTEE**
**399 KNOLLWOOD ROAD, SUITE 102**
**WHITE PLAINS, NEW YORK 10603**
**(914) 328-6333**