# United States Bankruptcy Court
### Southern District of New York

In re **Slavko Perez Duzdevich**　　　　　　　　　　　　　　　　Case No. **25-35268**
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **August 5, 2025**, a copy of **Amended Model Chapter Plan** was served by regular United States mail to all interested parties, the Trustees and all creditors listed below.

BMW Bank of North America
P.O. Box 78066
Phoenix AZ 85062-8066

CENLAR/Central Loan
Attn: Bankruptcy
PO Box 77404
Ewing NJ 08628

Partnership 92 West, L.P.,
417 Fifth Ave 4th Floor
New York NY 10016

The Nathanson Law Firm LLP
Mitchell A. Nathanson, Esq.
200 Garden City Plaza Suite 408
Garden City, NY 11530

Portfolio Servicing, Inc
POB 41067
Norfolk, VA 23541

Internal Revenue Service
Centralized Insolvency Oper
P.O. Box 7317
Philadelphia PA 19101-7317

ConServe Collection
200 Crosskeys Office Park
Fairport, NY 14450

NYS Dept Taxation & Finance
P.O. Box 5300
Albany NY 12205-0300

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St, Floor 4
Pittsburgh PA 15212

Cavalry Portfolio Services
Attn: Bankruptcy
500 Summit Lake Drive, Suite 400
Vahalla NY 10595

Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington DE 19850

Jefferson Capital Systems, LLC
PO Box 799
St. Cloud, MN 56302-9617

Deutsche Bank National Trust Company
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

---

**/s/ Scott B. Ugell**
**Scott B. Ugell 2053536**
**Ugell Law Firm, P.C.**
**151 North Main Street**
**Suite 202**
**New City, NY 10956**
**845-639-7011Fax:845-639-7004**
**SCOTT@UGELLLAW.COM**