# THE UGELL LAW FIRM, P.C.
### ATTORNEYS AND COUNSELORS AT LAW

▪ CONSUMER BANKRUPTCY ▪ REAL ESTATE ▪ FORECLOSURE DEFENSE ▪
▪ LOAN MODIFICATION ▪ MATRIMONIAL & FAMILY LAW ▪ PERSONAL INJURY ▪

**SCOTT B. UGELL, ESQ. ***
SCOTT@UGELLLAW.COM
EXTENSION: 101

151 N. MAIN STREET, STE #202
NEW CITY, NEW YORK 10956
WWW.UGELLLAW.COM
OFFICE: (845) 639-7011
FAX: (845) 639-7004

**ADMITTED IN:**
NY, FEDERAL, AND U.S. SUPREME

August 11, 2025                                                                                                                    via ECF


Hon. Judge Kyu Y. Paek
United States Bankruptcy Court
355 Main Street
Poughkeepsie, NY 12601


Debtor:  Slavko Perez Duzdevich
Case No.:  25-35268 KYP

Dear Hon. Judge Kyu Y. Paek & Chambers:

    Please allow this letter to confirm that with the permission of the Court and all parties, the all matters that were scheduled for August 13, 2025 at 10:00 AM has been adjourned to September 9, 2025 at 10:00 AM.

    Please contact me with any questions or concerns regarding this matter.

Very truly yours,


/s/ Scott B. Ugell, Esq.
Scott B. Ugell, Esq.
SBU/tap

---

Ugell Law Firm, P.C. is designated as a Federal Debt Relief Agency by an Act of Congress and the President of the United States and has proudly assisted consumers seeking relief under the US Bankruptcy Code. We assist people in the filing of consumer bankruptcy cases under Chapters 7, 11, and 13.