# EXHIBIT C

UGELL LAW FIRM, P.C.

151 North Main Street

Suite 202

New City, New York 10956

(845) 639-7011

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------X   Index No. 657027/2022
PARTNERSHIP 92 WEST, L.P.,
                              Plaintiff,                         **JUDGMENT**
        -against-
PRO SMILE DENTAL SERVICES, LLC
d/b/a PROSMILE, INC., and SLAVKO PEREZ-
DUZDEVICH a/k/a SLAVKO DUZDEVICH PEREZ,
                              Defendant(s).
-------------------------------------------------------------X

[Stamp: MARCH 06 2024 — I HEREBY CERTIFY THAT I HAVE ADJUSTED THIS BILL OF COSTS AT $621.70 — CLERK]

Amount awarded ........................................................................... $317,815.45
Interest from 3/31/2023 @ 9% ................................................. ~~26,644.25~~ 26,722.62
                                        Sub-Total ..................... ~~$344,459.70~~ 344,538.07

Costs by Statute ................................................ $ 200.00
Service of summons and complaint (2 defendants) ......... ~~30.00~~ 81.70
Filing of summons and complaint ........................... 210.00
RJI and Motion Filing Fee ................................... 130.00
                                                                    ~~570.00~~ 621.70
                                        Total .................... ~~$345,029.70~~
                                                                    **$345,159.77**

STATE OF NEW YORK, COUNTY OF NASSAU                    ATTORNEY'S AFFIRMATION

The undersigned, attorney at law of the State of New York, *one* of the attorney(s) of record for the plaintiff in the above-entitled action, states that the disbursements above specified have been or will necessarily be made or incurred therein and are reasonable in amount; that the time of the defendant to appear and answer herein has expired and that said defendant has not appeared and answered herein.

**Plaintiff hereby waives its claim for attorneys' fees and other costs incurred and does not seek to refer to a Special Referee to arrange for a date of reference.**

The undersigned affirms this statement to be true under the penalties of perjury.

Dated: March 6, 2024

_____
MITCHELL A. NATHANSON, ESQ.

[Stamp: FILED MAR 06 2024 AT 12:18 PM N.Y. CO. CLK'S OFFICE]

FILED: NEW YORK COUNTY CLERK 03/06/2024 12:37 PM                                INDEX NO. 657027/2022
NYSCEF DOC. NO. 44                                                              RECEIVED NYSCEF: 03/06/2024

22 657027

Upon Amended Order of the Court dated March 4, 2024 and entered on March 5, 2024, directing the Clerk to enter judgment in favor of Plaintiff PARTNERSHIP 92 WEST, L.P. and against Defendants, SLAVKO PEREZ-DUZDEVICH a/k/a SLAVKO DUZDEVICH PEREZ, and PRO SMILE DENTAL SERVICES, LLC d/b/a PROSMILE, INC., jointly and severally, on default, in the amount of $317,815.45, together with interest thereon from March 31, 2023, together with costs and disbursements as taxed by the Clerk,

NOW, ON MOTION OF THE NATHANSON LAW FIRM LLP, 200 Garden City Plaza, Suite 408, Garden City, New York 11530, attorneys for the plaintiff, it is,

ADJUDGED that PARTNERSHIP 92 WEST, L.P., plaintiff, residing at 417 Fifth Avenue, 4th Floor, New York, NY 10016, recover of SLAVKO PEREZ-DUZDEVICH a/k/a SLAVKO DUZDEVICH PEREZ, defendant, with a last known address of 139 OLD TUXEDO RD., MONROE, NY 10950-4554, and of defendant PRO SMILE DENTAL SERVICES, LLC d/b/a PROSMILE, INC., residing at 53 WEST 72ND STREET, NEW YORK, NY 10023, jointly and severally, in the sum of $317,815.45, together with statutory interest as taxed by the clerk and calculated from March 31, 2023 in the amount of $ 26,722.62 , together with costs and disbursements as taxed by the clerk in the amount of $ 621.70 , amounting in all to the sum of $345,159.77 and that plaintiff have execution therefor.

Date: 6 th    Mar.    2024

_____
Clerk

FILED
Mar 06 2024
NEW YORK
COUNTY CLERK'S OFFICE

FILED: NEW YORK COUNTY CLERK 03/06/2024 12:37 PM        INDEX NO. 657027/2022
NYSCEF DOC. NO. 44                                       RECEIVED NYSCEF: 03/06/2024

Index No. 657027/2022

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
   PARTNERSHIP 92 WEST, L.P.,
                                  Plaintiff,
               -against-
   PRO SMILE DENTAL SERVICES, LLC
   d/b/a PROSMILE, INC., and SLAVKO PEREZ-
   DUZDEVICH a/k/a SLAVKO DUZDEVICH PEREZ,
                               Defendant(s).
-----------------------------------------------------------------X

1-4
FILED AND DOCKETED
Mar 06 2024
AT    12:36 P    M
N.Y. CO. CLK'S OFFICE

22 657027

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*JUDGMENT*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Attorney's signature pursuant*
*to 22 NYCRR 130-1.1a*

*Mitchell A. Nathanson*

*The Nathanson Law Firm LLP*
*Attorneys for Plaintiff*
*200 Garden City Plaza, Suite 408*
*Garden City, NY 11530*
*(516) 568-0000*
*mitchell@nathansonlaw.com*