# EXHIBIT D

UGELL LAW FIRM, P.C.

151 North Main Street

Suite 202

New City, New York 10956

(845) 639-7011

SUPREME COURT STATE OF NEW YORK
COUNTY OF ORANGE                    INDEX NO. ef000351-2023

Cavalry SPV I, LLC
    *Plaintiff*
-against-

                                      **STATEMENT FOR**
Slavko P Duzdevich                       **JUDGMENT**
139 Old Tuxedo Rd
Monroe NY 10950-4554
          *Defendant(s)*    An action against a natural person based upon non-payment of a contractual obligation.†

| | | | |
|---|---|---|---|
| Amount claimed in Complaint (notice)............................ | | | $29,997.77 |
| Payments/Credits............................................................ | | | $.00 |
| Interest.............................(Waived)................................ | | | |
| Costs by Statute............................................................. | $ 200 | 00 | $29,997.77 |
| Service of Summons and............................................... | 65 | 00 | |
| Affidavits......................................................................... | | | |
| Consumer Credit Fee...................................................... | | | |
| Clerk's Fees entering Judgment..................................... | 45 | 00 | |
| Postage............................................................................ | | | |
| Sheriff's Fees on Execution............................................ | | | |
| Satisfaction Piece.......................................................... | | | |
| Taxing Costs................................................................... | | | |
| Fee for Index Number.................................................... | 210 | 00 | |

Costs taxed at $520.00........................
................................................................Clerk
                                                                                                      Total............$30,517.77

COSTS TAXED @ $520.00
ACTING DEPUTY COUNTY CLERK

STATE OF NEW YORK, COUNTY OF ALBANY    SS.:    ATTORNEY'S AFFIRMATION

    The undersigned, attorney at law of the State of New York Christopher P. Langlois *attorney(s) of record for the plaintiff(s) herein, states that the disbursements above specified are correct and true and have been or will necessarily be made or incurred herein and are reasonable in amount; that the time of the defendant(s) to appear or answer herein has expired and that the said defendant(s) has not appeared or answered herein. The undersigned affirms this statement to be true under the penalties of perjury. We waive the second cause of action.*

Dated: September 15, 2023

                                                    The names signed must be printed beneath
                                                    Christopher P. Langlois

                              10/03/2023
    JUDGMENT entered on _____. *The summons and* Verified Complaint *in this action having been personally or by substituted service on* Slavko P Duzdevich *Defendant(s) herein and the time of said defendant(s) to appear or answer having expired, and said defendant(s) not having appeared or answered herein*
                NOW, ON MOTION OF GIRVIN & FERLAZZO, P.C., *attorneys for plaintiff(s) it is,*
                      20 Corporate Woods Blvd, Albany, New York 12211
        ADJUDGED *that* Cavalry SPV I, LLC, doing business at 1 American Lane, Suite 220 Greenwich, CT 06831 *plaintiff(s), do recover of* Slavko P Duzdevich residing at 139 Old Tuxedo Rd Monroe NY 10950-4554 *Defendant(s), the sum of* $29,997.77 *the amount claimed, plus* $520.00 *costs and disbursements. amounting in all to the sum of* $30,517.77 *and that the plaintiff(s) have execution therefore,*

                                                                            ........ACTING DEPUTY COUNTY CLERK .........
                                                                                                    Clerk

†A notice of default must be mailed to defendants in an action against a natural person based upon non-payment of a contractual obligation (CPLR308, as amended). Delete if inapplicable.