# EXHIBIT E

UGELL LAW FIRM, P.C.

151 North Main Street

Suite 202

New City, New York 10956

(845) 639-7011

Presented For: Slavko Duzdevich

# COMPARATIVE MARKET ANALYSIS

139 OLD TUXEDO RD, MONROE, NY 10950



Omar Harper

**Omar Harper** (Agent)

Broker Associate

📞 845-209-0133
✉ myagentomarharper@gmail.com
📍 99 Hudson St , New York , NY , 10013 , USA
🌐 www.rewithhart.com

01

# AGENT RESUME



## Omar Harper

Broker Associate

Allow me to introduce Omar Harper, a distinguished figure in the Beacon and Hudson Valley community with 15 years of experience in the real estate industry. Omar proudly leads Team H.A.R.T., a name chosen to symbolize honesty, accountability, results, and trust, reflecting the core values that define his team's mission. With a decade and a half of dedicated service in the Hudson Valley real estate market, Omar has not only solidified his position as a top producer but has also earned the trust of the local community. His deep roots in Beacon and the surrounding areas make him a natural choice for anyone looking to buy or sell property in this picturesque region. In addition to his real estate expertise, Omar has made significant contributions to Beacon's youth wrestling community. He has passionately led a youth wrestling team, coaching kids ranging from 5 to 15 years old. Omar's dedication to nurturing the growth and development of young athletes is truly admirable, fostering a love for the sport and teaching valuable...

 845-209-0133

 myagentomarharper@gmail.com

 www.rewithhart.com

 99 Hudson St , New York , NY , 10013 , USA

 **Omar Harper**         845-209-0133    myagentomarharper@gmail.com

02

# LISTINGS MAP

**139 OLD TUXEDO RD, MONROE, NY 10950**
Bedrooms 3 Bathrooms 2 Sqft 1,963



■ Active   ■ Pending   ■ Sold

Omar Harper            845-209-0133    myagentomarharper@gmail.com

03

## COMPARABLES

| Address & Feature | Bed/Bath | SqFt | Price | Sold Price | $/SqFt | Lot Size | DOM |
|---|---|---|---|---|---|---|---|
| 4 Northside LN Greenwood Lake NY 10925 — Single Family Home / Active | 3/1.0 | 1,068 | $410K | -- | $383 | 9,709 Sqft | 48 |
| 15 County Highway 5 Greenwood Lake NY 10925 — Single Family Home / Active | 3/2.0 | 1,600 | $579K | -- | $361 | 8,990 Sqft | 105 |
| 183 Old Tuxedo RD Greenwood Lake NY 10950 — Single Family Home / Active | 2/1.0 | 1,164 | $499K | -- | $426 | 3 Acres | 206 |
| 7 Wildwood DR Greenwood Lake NY 10925 — Single Family Home / Active | 4/2.0 | 1,176 | $399K | -- | $339 | 6,159 Sqft | 36 |
| 1160 State Route 17a Greenwood Lake NY 10925 — Single Family Home / Pending | 4/2.0 | 1,620 | $679K | -- | $419 | -- | 63 |
| 5 Murray RD Greenwood Lake NY 10925 — Single Family Home / Pending | 3/2.0 | 1,840 | $450K | -- | $244 | -- | 61 |
| 20 Myrtle AVE Greenwood Lake NY 10925 — Single Family Home / Pending | 3/5.0 | 2,840 | $1.55M | -- | $545 | 0.27 Acres | 81 |
| 281 Old Dutch Hollow RD Monroe NY 10950 — Single Family Home / Pending | 2/2.0 | 1,638 | $375K | -- | $228 | 0.76 Acres | 35 |

Omar Harper     845-209-0133     myagentomarharper@gmail.com

# COMPARABLES

| Address & Feature | Bed/Bath | Sq Ft | Price | Sold Price | $/Sq Ft | Lot Size | DOM |
|---|---|---|---|---|---|---|---|
| 11 Cox DR Monroe NY 10950 — Single Family Home Sold | 3/3.0 | 2,120 | $600K | $600K | $283 | 0.83 Acres | 12 |
| 58 Lakelands AVE Greenwood Lake NY 10925 — Single Family Home Sold | 4/2.0 | 2,536 | $300K | $300K | $118 | -- | 62 |
| 12 Forest DR Greenwood Lake NY 10925 — Single Family Home Sold | 4/3.0 | 2,035 | $435K | $435K | $213 | 5,000 Sqft | 91 |
| 15 Cane RD Greenwood Lake NY 10925 — Single Family Home Sold | 3/2.0 | 1,500 | $428K | $428K | $285 | 10,001 Sqft | 45 |

Omar Harper          845-209-0133    myagentomarharper@gmail.com

05

# ESTIMATED MARKET VALUE



**139 OLD TUXEDO RD, MONROE, NY 10950**

Approximate Market Value

### $569,000

Estimated Price Range

### $502,000-$615,000

The estimated price is for informational purposes only. We advise consulting with a qualified real estate appraiser, as market conditions and property specific factors may impact the final selling price.

## Compare Pricing with Selected Comps

Average Price

### $558.7K ↑ 2% above

Average $/sq. ft.

### $321 ↓ 11% below

The Estimated Market Value **2% above** the Average Price. The average price per square foot is **11% below** the market.

Omar Harper     845-209-0133     myagentomarharper@gmail.com

06

# ESTIMATED NET PROCEEDS

Suggested List Price for 139 OLD TUXEDO RD, MONROE, NY 10950 is **$569,000**

## Selling Cost Breakdown

| | | | |
|---|---|---|---|
| Seller Commission | $17,070 | Buyer Compensation | |
| Title | $2,660 | Escrow | |
| Property Tax | $5,320 | Hoa Dues | |
| Mortgage Payoff | | Miscellaneous | |

## The Net Proceeds to the Seller

| Est. Price | | Total Selling Expenses | | Net Proceeds |
|---|---|---|---|---|
| $569,000 | — | $25,050 | = | $543,950 |

Omar Harper          845-209-0133     myagentomarharper@gmail.com



Thank you for allowing me to assist you with your real estate needs. I appreciate your trust and look forward to providing deeper assistance as we move forward.

## Omar Harper

📞 845-209-0133

✉️ myagentomarharper@gmail.com

📍 99 Hudson St , New York , NY , 10013 , USA

🌐 www.rewithhart.com

**Leave a Message**