# EXHIBIT F

UGELL LAW FIRM, P.C.

151 North Main Street

Suite 202

New City, New York 10956

(845) 639-7011

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re

**SLAVKO PEREZ DUZDEVICH,**

                Chapter 13
                Case No. 25-35268 (KYP)

Debtor.
-----------------------------------------------------------X

## ORDER VOIDING JUDICIAL LIEN OF PARTNERSHIP 92 WEST, L.P. and CAVALRY SPV I, LLC

Upon the Debtors' Motion to Void Judicial Liens with exhibits attached thereto, filed with the court on January 23, 2026 [Docket No.:28], with proof of service upon the judgment creditor Partnership 92 West, L.P. (the 'Creditor') Index No. 657027/2022 and all interested parties, and there being no opposition thereto, it is hereby:

Judgment creditor Cavalry SPV I LLC (the "Creditor') Index No.: ef000351-2023 and all interested parties, and there being no opposition thereto, it is hereby:

**ORDERED** that the motion is grantedafter due and sufficient notice of the Motion, there being no objections and upon the record of the hearing held by the Court on the Motion on February 24, 2026; and it is further

**ORDERED** that the judicial lien of Partnership 92 West, L.P. with Index No.: 657027/2022, entered and filed with the New York County Clerk's Office on March 6, 2024 with Control No.: 5024882-1 (Perez- Duzdevich, Slavko) and 5024882-2 (Duzdvich Perez, Slavko) is void pursuant to 11 U.S.C. §522(f), and it is further

**ORDERED** that the judicial lien Cavalry SPV I LLC with Index No.: ef000351-2023, entered and filed with the Orange County Clerk's Office on September 15, 2023. is void pursuant to 11 U.S.C. §522(f), and it is further

**ORDERED** that the Clerk of the County of New York, New York shall mark on its records that creditor Partnership 92 West, L.P. Judgment Lien on the Debtor's homestead property commonly known as 139 Old Tuxedo Rd Monroe, NY 10950, is **void** pursuant to BankruptcyCourt Order; provided, that the Debtor may in the alternative record a *copy* of this Order with the Clerk of the County of New York, New York to provide such notice.

**ORDERED** that the Clerk of the County of Orange County, New York shall mark on its records that creditor Cavalry SPV I, LLC Judgment Lien on the Debtor's homestead property commonly known as 139 Old Tuxedo Rd Monroe, NY 10950, is **void** pursuant to Bankruptcy Court Order; provided, that the Debtor may in the alternative record a *copy* of this Order with the Clerk of the County of Orange County, New York to provide such notice.

Dated: _____ , New York
        _____ __ , 2026

_____
UNITED STATES BANKRUPTCY JUDGE