# EXHIBIT A

**Judgment**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------X    Index No. 657027/2022
PARTNERSHIP 92 WEST, L.P.,

                                        Plaintiff,                   **JUDGMENT**

                   -against-
PRO SMILE DENTAL SERVICES, LLC
d/b/a PROSMILE, INC., and SLAVKO PEREZ-
DUZDEVICH a/k/a SLAVKO DUZDEVICH PEREZ,
                                        Defendant(s).
--------------------------------------------------------------X

```
MARCH 06 2024
I HEREBY CERTIFY THAT I HAVE
ADJUSTED THIS BILL OF COSTS AT
$621.70

Milton Adam Tingling
                      CLERK
```

Amount awarded ...................................................................................................... $317,815.45
Interest from 3/31/2023 @ 9% ……………………………………………….. 26,644.25 26,722.62
                                          Sub-Total ……………………$344,459.70 344,538.07


Costs by Statute ............................................. $ 200.00
Service of summons and complaint  (2 defendants) ........... 30.00 81.70
Filing of summons and complaint ................................ 210.00
RJI and Motion Filing Fee  ................................. 130.00
.................................................................................................................................... 570.00 621.70
                                          Total ............................... $345,029.70
                                                            **$345,159.77**


STATE OF NEW YORK, COUNTY OF NASSAU                          ATTORNEY'S AFFIRMATION

        The undersigned, attorney at law of the State of New York, *one* of the attorney(s) of record for the

plaintiff in the above-entitled action, states that the disbursements above specified have been or will

necessarily be made or incurred therein and are reasonable in amount; that the time of the defendant to

appear and answer herein has expired and that said defendant has not appeared and answered herein.

        **Plaintiff hereby waives its claim for attorneys' fees and other costs incurred and does not seek**

**to refer to a Special Referee to arrange for a date of reference**.

        The undersigned affirms this statement to be true under the penalties of perjury.


Dated:  March 6, 2024

                                          _____
                                          MITCHELL A. NATHANSON, ESQ.

```
FILED
MAR 06 2024
AT      12:18 P    M
N.Y. CO. CLK'S OFFICE
```

22 657027

Upon Amended Order of the Court dated March 4, 2024 and entered on March 5, 2024, directing the Clerk

to enter judgment in favor of Plaintiff PARTNERSHIP 92 WEST, L.P. and against Defendants, SLAVKO

PEREZ-DUZDEVICH a/k/a SLAVKO DUZDEVICH PEREZ, and PRO SMILE DENTAL SERVICES,

LLC d/b/a PROSMILE, INC., jointly and severally, on default, in the amount of $317,815.45, together with

interest thereon from March 31, 2023, together with costs and disbursements as taxed by the Clerk,


NOW, ON MOTION OF THE NATHANSON LAW FIRM LLP, 200 Garden City Plaza, Suite 408, Garden

City, New York 11530, attorneys for the plaintiff, it is,


ADJUDGED that PARTNERSHIP 92 WEST, L.P., plaintiff, residing at 417 Fifth Avenue, 4th Floor, New

York, NY 10016, recover of SLAVKO PEREZ-DUZDEVICH a/k/a SLAVKO DUZDEVICH PEREZ,

defendant, with a last known address of  139 OLD TUXEDO RD., MONROE, NY 10950-4554, and of

defendant PRO SMILE DENTAL SERVICES, LLC d/b/a PROSMILE, INC., residing at 53 WEST 72ND

STREET, NEW YORK, NY 10023, jointly and severally, in the sum of $317,815.45, together with

statutory interest as taxed by the clerk and calculated from March 31, 2023 in the amount of

$  26,722.62  , together with costs and disbursements as taxed by the clerk in the amount of

$  621.70  , amounting in all to the sum of $345,159.77 and that plaintiff have execution therefor.

X

Date:  6 th     Mar.   2024

_____
Clerk

**F I L E D**
**Mar 06 2024**
NEW YORK
COUNTY CLERK'S OFFICE

25-35268-kyp    Doc 33-1    Filed 02/20/26    Entered 02/20/26 15:09:31    Exhibit A -
                           Judgment    Pg 4 of 4

Index No. 657027/2022

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------------------X

   PARTNERSHIP 92 WEST, L.P.,

                              Plaintiff,

              -against-

PRO SMILE DENTAL SERVICES, LLC
d/b/a PROSMILE, INC., and SLAVKO PEREZ-
DUZDEVICH a/k/a SLAVKO DUZDEVICH PEREZ,

                           Defendant(s).

-----------------------------------------------------------------------X

```
┌─────────────────────┐
│       1 – 4         │
│    FILED AND        │
│    DOCKETED         │
│   Mar 06 2024       │
│ AT    12:36 P   M   │
│ N.Y. CO. CLK'S OFFICE │
└─────────────────────┘
```

*****************************************

***JUDGMENT***

*****************************************

*Attorney's signature pursuant*
*to 22 NYCRR 130-1.1a*

_____

*Mitchell A. Nathanson*

22 657027

***The Nathanson Law Firm LLP***
***Attorneys for Plaintiff***
***200 Garden City Plaza, Suite 408***
***Garden City, NY 11530***
***(516) 568-0000***
*mitchell@nathansonlaw.com*