# **EXHIBIT B**

**Proof of Claim**

231728460 v4

**Fill in this information to identify the case:**

Debtor 1    Slavko Duzdevich
Debtor 2
(Spouse, if filing)
United States Bankruptcy Court    **Southern District of New York**
Case number:  **25–35268**

FILED
U.S. Bankruptcy Court
Southern District of New York
5/23/2025
Vito Genna, Clerk

# Official Form 410
## Proof of Claim

04/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

### Part 1: Identify the Claim

**1. Who is the current creditor?**

PARTNERSHIP 92 WEST, L.P.,

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

PARTNERSHIP 92 WEST, L.P.,
Name
417 FIFTH AVE
4TH FLOOR
NEW YORK, NY 10016

Contact phone    (212) 624–4305
Contact email    astarkman@bldg.com

Uniform claim identifier (if you use one):

Where should payments to the creditor be sent? (if different)

Name

Contact phone
Contact email

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____
                                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

Official Form 410                          Proof of Claim                          page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ | |
| 7. **How much is the claim?** | $ 376990.12 | **Does this amount include interest or other charges?**<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Judgment Lien | |
| 9. **Is all or part of the claim secured?** | ☐ No<br>☑ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** CPLR 5203(a)<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ _____<br>**Amount of the claim that is secured:** $ 376990.12<br>**Amount of the claim that is unsecured:** $ 0.00  (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ _____<br><br>**Annual Interest Rate** (when case was filed) 9 %<br>☑ Fixed<br>☐ Variable | |
| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ | |
| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ | |

Official Form 410            Proof of Claim            page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply*: | **Amount entitled to priority** |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |
| | * Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  5/23/2025
MM / DD / YYYY

/s/ Alan Starkman

Signature

Print the name of the person who is completing and signing this claim:

Name: Alan Starkman
First name  Middle name  Last name

Title: Vice President Commercial Property Management

Company: Partnership 92 West, L.P.
Identify the corporate servicer as the company if the authorized agent is a servicer

Address: 417 Fifth Avenue, 4th Floor
Number  Street
New York, NY 10016
City  State  ZIP Code

Contact phone: (212) 624–4305    Email: astarkman@bldg.com

**ATTACHMENT TO
PROOF OF CLAIM OF
PARTNERSHIP 92 WEST, L.P.**

1. This proof of claim including the pre-fixed Official Form 410 (the "**Proof of Claim**") is made by Partnership 92 West, L.P. ("**Claimant**").

2. On March 14, 2025 (the "**Petition Date**"), Slavko Perez Duzdevich (the "**Debtor**") filed a voluntary petition for relief under chapter 13, of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**") commencing Case No. 25-35268 (KYP) in this Court.

### THE JUDGMENT LIEN

3. On June 28, 2022, Claimant commenced an action against the Debtor in the Supreme Court of the State of New York, County of New York (the "**State Court**") styled, *Partnership 92 West, L.P. v. Pro Smile Dental Services, LLC et al* (Index No. 657027/2022) (the "**State Court Action**"), on account of the Debtor's obligations under a commercial real estate lease.

4. On March 6, 2024, the State Court entered a judgment (the "**Judgment**") against the Debtor in the amount of $345,159.77 in the State Court Action, and a copy of the Judgment was docketed in the New York County Clerk's office shortly thereafter (the "**Judgment Lien**"). A copy of the the Judgment is annexed hereto as *Exhibit A.*

5. Claimant asserts this Proof of Claim in the amount of the Judgment ($345,159.77) plus post-judgment interest at 9% through the Petition Date in accordance with CPLR §5004, for a total claim in the amount of $376,990.12. *See Exhibit B*.

### RESERVATION OF RIGHTS

6. Claimant reserves all rights to: (i) amend, clarify, modify, update or supplement this Proof of Claim at any time and in any respect, including without limitation to assert additional

230509801 v2

claims and requests for payment or additional grounds for its claims; and (ii) file additional proofs of claim at any time and in any respect. By virtue of the filing of this Proof of Claim, Claimant does not waive, and hereby expressly reserves, its right to pursue claims and requests for payment, including, but not limited to, the claims and requests for payment described herein against the Debtor or his estate based upon alternative legal theories.

7. To the extent that the Debtor or Trustee asserts claims against Claimant of any kind, Claimant reserves the right to assert that such claims are subject to rights of setoff or recoupment, which rights may be treated as secured claims under the United States Bankruptcy Code.  To the extent that any party takes any action that would give rise to a counterclaim, cross claim or other claims, Claimant reserves all rights to assert such claims.

8. The filing of this Proof of Claim is not: (a) a waiver or release of Claimant's rights, claims or defenses against any person, entity or property; (b) a waiver or release of Claimant's right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (c) a consent by Claimant to the jurisdiction of the Court for any purpose other than with respect to this Proof of Claim; (d) an election of remedies; (e) a waiver or release of any rights which Claimant may have to a jury trial; or (f) a waiver of the right to move to withdraw the reference with respect to the subject matter of this Proof of Claim, any objection thereto or any other proceedings which may be commenced in these cases against or otherwise involving Claimant, including without limitation, any adversary proceeding that was or may be commenced by any party in this case.

## NOTICES

9. Notices with respect to this Proof of Claim should be given to:

230509801 v2

Partnership 92 West, L.P.
c/o BLDG Management Co., Inc.
417 Fifth Avenue, 4th Floor
New York, New York 10016
Attn: Alan Starkman

- and -

Partnership 92 West, L.P.
c/o Archer & Greiner, P.C.
Attn:  Allen G. Kadish, Esq.
1211 Avenue of the Americas, Suite 2750
New York, New York 10036
Tel.: (212) 682-4940
akadish@archerlaw.com

3

230509801 v2

## **EXHIBIT A**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X   Index No. 657027/2022
PARTNERSHIP 92 WEST, L.P.,
                                        Plaintiff,                    **JUDGMENT**
              -against-
PRO SMILE DENTAL SERVICES, LLC
d/b/a PROSMILE, INC., and SLAVKO PEREZ-
DUZDEVICH a/k/a SLAVKO DUZDEVICH PEREZ,
                                        Defendant(s).
-------------------------------------------------------------------X

> MARCH 06 2024
> I HEREBY CERTIFY THAT I HAVE
> ADJUSTED THIS BILL OF COSTS AT
> $621.70
>                                    CLERK

Amount awarded ................................................................................................ $317,815.45
Interest from 3/31/2023 @ 9% ………………………………………………….. ~~26,644.25~~ 26,722.62
                                                                Sub-Total …………………… ~~$344,459.70~~ 344,538.07

Costs by Statute ............................................................ $ 200.00
Service of summons and complaint (2 defendants) ........... ~~30.00~~ 81.70
Filing of summons and complaint ..................................... 210.00
RJI and Motion Filing Fee ................................................ 130.00
............................................................................................................................ ~~570.00~~ 621.70
                                                                Total .............................. ~~$345,029.70~~
                                                                                              **$345,159.77**

STATE OF NEW YORK, COUNTY OF NASSAU          ATTORNEY'S AFFIRMATION

The undersigned, attorney at law of the State of New York, *one* of the attorney(s) of record for the plaintiff in the above-entitled action, states that the disbursements above specified have been or will necessarily be made or incurred therein and are reasonable in amount; that the time of the defendant to appear and answer herein has expired and that said defendant has not appeared and answered herein.

**Plaintiff hereby waives its claim for attorneys' fees and other costs incurred and does not seek to refer to a Special Referee to arrange for a date of reference**.

The undersigned affirms this statement to be true under the penalties of perjury.

Dated: March 6, 2024

_____
MITCHELL A. NATHANSON, ESQ.

> FILED
> MAR 06 2024
> AT    12:18 P    M
> N.Y. CO. CLK'S OFFICE

FILED: NEW YORK COUNTY CLERK 03/06/2024 12:37 PM
NYSCEF DOC. NO. 44
INDEX NO. 657027/2022
RECEIVED NYSCEF: 03/06/2024

25-35268-kyp    Doc 33-2    Filed 02/20/26    Entered 02/20/26 15:09:31    Exhibit B -
Proof of Claim    Pg 10 of 13

22 657027

Upon Amended Order of the Court dated March 4, 2024 and entered on March 5, 2024, directing the Clerk to enter judgment in favor of Plaintiff PARTNERSHIP 92 WEST, L.P. and against Defendants, SLAVKO PEREZ-DUZDEVICH a/k/a SLAVKO DUZDEVICH PEREZ, and PRO SMILE DENTAL SERVICES, LLC d/b/a PROSMILE, INC., jointly and severally, on default, in the amount of $317,815.45, together with interest thereon from March 31, 2023, together with costs and disbursements as taxed by the Clerk,

NOW, ON MOTION OF THE NATHANSON LAW FIRM LLP, 200 Garden City Plaza, Suite 408, Garden City, New York 11530, attorneys for the plaintiff, it is,

ADJUDGED that PARTNERSHIP 92 WEST, L.P., plaintiff, residing at 417 Fifth Avenue, 4th Floor, New York, NY 10016, recover of SLAVKO PEREZ-DUZDEVICH a/k/a SLAVKO DUZDEVICH PEREZ, defendant, with a last known address of 139 OLD TUXEDO RD., MONROE, NY 10950-4554, and of defendant PRO SMILE DENTAL SERVICES, LLC d/b/a PROSMILE, INC., residing at 53 WEST 72ND STREET, NEW YORK, NY 10023, jointly and severally, in the sum of $317,815.45, together with statutory interest as taxed by the clerk and calculated from March 31, 2023 in the amount of $ 26,722.62 , together with costs and disbursements as taxed by the clerk in the amount of $ 621.70 , amounting in all to the sum of $345,159.77 and that plaintiff have execution therefor. X

Date: 6 th    Mar.    2024

_____
Clerk

FILED
Mar 06 2024
NEW YORK
COUNTY CLERK'S OFFICE

FILED: NEW YORK COUNTY CLERK 03/06/2024 12:37 PM
NYSCEF DOC. NO. 44

INDEX NO. 657027/2022
RECEIVED NYSCEF: 03/06/2024

25-35268-kyp    Doc 33-2    Filed 02/20/26    Entered 02/20/26 15:09:31    Exhibit B -
Proof of Claim    Pg 11 of 13

Index No. 657027/2022

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------------X
PARTNERSHIP 92 WEST, L.P.,

           Plaintiff,

     -against-

PRO SMILE DENTAL SERVICES, LLC
d/b/a PROSMILE, INC., and SLAVKO PEREZ-
DUZDEVICH a/k/a SLAVKO DUZDEVICH PEREZ,

           Defendant(s).

------------------------------------------------------------------------X

```
1-4
FILED AND
DOCKETED
Mar 06 2024
AT    12:36 P    M
N.Y. CO. CLK'S OFFICE
```

*************************************************

**JUDGMENT**

*************************************************

*Attorney's signature pursuant*
*to 22 NYCRR 130-1.1a*

_____
*Mitchell A. Nathanson*

22 657027

*The Nathanson Law Firm LLP*
*Attorneys for Plaintiff*
*200 Garden City Plaza, Suite 408*
*Garden City, NY 11530*
*(516) 568-0000*
*mitchell@nathansonlaw.com*

## **EXHIBIT B**

25-35268-kyp Doc 33-2 Filed 02/20/26 Entered 02/20/26 15:09:31 Exhibit B - Proof of Claim Pg 12 of 13

| Post-Judgment Interest | | |
|---|---|---|
| Judgment Amount | $ | 345,159.77 |
| Post-Judgment Interest Rate | | 9.00% |
| Interest Accumulated Through Petition Date | $ | 31,830.35 |
| **Total Amount of Claim** | **$** | **376,990.12** |