

**Allen G. Kadish**
akadish@archerlaw.com

Archer & Greiner, P.C.
1211 Avenue of the Americas
New York, New York 10036
212-682-4940
www.archerlaw.com

March 18, 2026

<u>**VIA CM/ECF**</u>
Hon. Kyu Y. Paek
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601-3315

> Re:  *In re Slavko Perez Duzdevich*
> Case No. 25-35268-kyp
> *Debtor's Motion to Avoid Certain Liens Impairing Homestead Exemption
> Pursuant to 11 U.S.C. Section 522(f) and for Declaratory Relief* [Doc. No. 28]

Dear Judge Paek:

We are counsel to Partnership 92 West, L.P. in the above-referenced matter.  Partnership 92 West, L.P., obtained a judgment against the Debtor and docketed it in New York county. We filed an objection [Doc. No. 33] to the debtor's motion referred to above.  At the hearing on March 10th, the Court directed the parties to confer. We have, with no resolution, but with no objection to a further filing.

On behalf of Partnership 92 West, L.P., we maintain that the debtor may only avoid a judgment lien under 11 U.S.C. § 522(f) which "restrains property in which [the debtor] has an interest" and "impairs the exemption." *See In re Taylor*, 233 B.R. 639, 642 (S.D.N.Y. 1999).[1]  To the extent the judgment in New York County impairs the homestead in Orange County, the judgment may be constricted so as to leave the debtor with his exemption.  But the judgment in New York County should not be avoided altogether.  And in any event the unsecured claim should be allowed in whole and treated under a plan.

We respectfully submit a redlined proposed order that (i) avoids the Partnership 92 West, L.P. lien filed in New York county as to the exemption in the residence in Orange county, (ii) leaves the judgment undisturbed in New York county as to non-homestead property, if any, and

---

[1] *See also In re Ahn*, 804 Fed. Appx. 541, 544 (9th Cir. 2020) ("if no valid judicial lien attached to the debtor's property, then there is no lien to avoid and the lien avoidance cause of action [is] moot"); *In re Hamilton*, 286 B.R. 291, 293 (Bankr. D.N.J. 2002) ("[L]ien avoidance ... cannot occur if there is no lien which has attached to the Debtor's property as of the time of the bankruptcy filing which is subject to avoidance"); *In re McCoy*, 2020 WL 1189374, at *2 (Bankr. D.D.C. Mar. 11, 2020) (Section 522(f) motion denied because debtor did not allege that judgement attached to his property) (court will not issue a "'comfort order' to protect the debtor with respect to the theoretical possibility that [the bank] might record the judgment").

Voorhees, NJ | Hackensack, NJ | Princeton, NJ | Philadelphia, PA | Harrisburg, PA | Red Bank, NJ | New York, NY | Wilmington, DE | Houston, TX

231850279 v2

Hon. Kyu Y. Paek
March 18, 2026
Page 2

(iii) allows the Partnership 92 West, L.P. claim as an unsecured claim under any Chapter 13 plan given that there is no dispute as to the bona fides of the claim.

We hope the Debtor will agree to this proposed order which allows for the exemption as sought, leaves the judgment otherwise undisturbed, and allows the unsecured claim.

Respectfully,

ALLEN G. KADISH

AGK:
   cc:   Scott B. Ugell, Esq.

231850279 v2

**<u>AMENDED PROPOSED ORDER</u>**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re

**SLAVKO PEREZ DUZDEVICH,**

                 Chapter 13
                 Case No. 25-35268 (KYP)

          Debtor.
-------------------------------------------------------X


## ORDER VOIDING JUDICIAL LIEN OF PARTNERSHIP 92 WEST, L.P. and CAVALRY SPV I, LLC


Upon the Debtors' Motion to Void Judicial Liens with exhibits attached thereto, filed with the court on January 23, 2026 [Docket No.:28], with proof of service upon judgment creditors Cavalry SPV I LLC, Index No.: ef000351-2023, and Partnership 92 West, L.P., Index No. 657027/2022, and all interested parties, and upon the Objection filed on behalf of Partnership 92 West, L.P. [Docket No. 33], and a hearing having been held before the Court, it is hereby:

**ORDERED** that the motion is granted to the extent set forth herein; and it is further

**ORDERED** that the judicial lien of Partnership 92 West, L.P. with Index No.: 657027/2022, entered and filed with the New York County Clerk's Office on March 6, 2024 with Control No.: 5024882-1 (Perez-Duzdevich, Slavko) and 5024882-2 (Duzdvich Perez, Slavko) is void pursuant to 11 U.S.C. §522(f) with respect to the Debtor's homestead property commonly known as 139 Old Tuxedo Rd., Monroe, NY 10950, with the unsecured claim of Partnership 92 West, L.P. [Claim No. 10], allowed and to be treated under a Chapter 13 plan, and it is further

**ORDERED** that the judicial lien of Cavalry SPY I LLC with Index No.: efD00351-2023, entered and filed with the Orange County Clerk's Office on September 15, 2023, is void pursuant to 11 U.S.C. §522(f), and it is further

**ORDERED** that the Clerk of the County of New York, New York shall mark on its records that creditor Partnership 92 West, L.P.'s Judgment Lien on the Debtor's homestead property commonly known as 139 Old Tuxedo Rd., Monroe, NY 10950, is **void** pursuant to Bankruptcy Court Order; provided, that the Debtor may in the alternative record a *copy* of this Order with the Clerk of the County of New York, New York to provide such notice, and it is further

**ORDERED** that the Clerk of the County of Orange County, New York shall mark on its records that creditor Cavalry SPY I, LLC's Judgment Lien on the Debtor's homestead property commonly known as 139 Old Tuxedo Rd., Monroe, NY 10950, is **void** pursuant to Bankruptcy Court Order; provided, that the Debtor may in the alternative record a *copy* of this Order with the Clerk of the County of Orange County, New York to provide such notice.

Dated: _____, New York
_____, ___, 2026

_____
UNITED STATES BANKRUPTCY JUDGE

2

**<u>REDLINE</u>**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In re

**SLAVKO PEREZ DUZDEVICH,**

          Chapter 13
          Case No. 25-35268 (KYP)

          Debtor.
------------------------------------------------------X

## ORDER VOIDING JUDICIAL LIEN OF PARTNERSHIP 92 WEST, L.P. and CAVALRY SPV I, LLC

Upon the Debtors' Motion to Void Judicial Liens with exhibits attached thereto, filed with the court on January 23, 2026 [Docket No.:28], with proof of service upon ~~the~~ judgment ~~creditor~~creditors Cavalry SPV I LLC, Index No.: ef000351-2023, and Partnership 92 West, L.P. ~~(the 'Creditor'),~~ Index No. 657027/2022, and all interested parties, and ~~there being no opposition thereto~~upon the Objection filed on behalf of Partnership 92 West, L.P. [Docket No. 33], and a hearing having been held before the Court, it is hereby:

~~Judgment creditor Cavalry SPV I LLC (the "Creditor') Index No.: ef000351-2023 and all interested parties, and there being no opposition thereto, it is hereby:~~

**ORDERED** that the motion is granted ~~after due and sufficient notice of the Motion, there being no objections and upon the record of the hearing held by the Court on the Motion on February 24, 2026~~to the extent set forth herein; and it is further

**ORDERED** that the judicial lien of Partnership 92 West, L.P. with Index No.: 657027/2022, entered and filed with the New York County Clerk's Office on March 6, 2024 with Control No.: 5024882-1 (Perez-Duzdevich, Slavko) and 5024882-2 (Duzdvich Perez, Slavko) is void pursuant to 11 U.S.C. §522(f) with respect to the Debtor's homestead property commonly known as 139 Old Tuxedo Rd., Monroe, NY 10950, with the unsecured claim of

Partnership 92 West, L.P. [Claim No. 10], allowed and to be treated under a Chapter 13 plan,

and it is further

**ORDERED** that the judicial lien of Cavalry SPY I LLC with Index No.:

efD00351-2023, entered and filed with the Orange County Clerk's Office on September 15,

2023.

, is void pursuant to 11 U.S.C. §522(f), and it is further

**ORDERED** that the Clerk of the County of New York, New York shall mark on its

records that creditor Partnership 92 West, L.P.'s Judgment Lien on the Debtor's homestead

property commonly known as 139 Old Tuxedo Rd., Monroe, NY 10950, is **void** pursuant to

Bankruptcy Court Order; provided, that the Debtor may in the alternative record a *copy* of this

Order with the Clerk of the County of New York, New York to provide such notice, and it is

further

**ORDERED** that the Clerk of the County of Orange County, New York shall mark on

its records that creditor Cavalry SPY I, LLC's Judgment Lien on the Debtor's homestead

property commonly known as 139 Old Tuxedo Rd., Monroe, NY 10950, is **void** pursuant to

Bankruptcy Court Order; provided, that the Debtor may in the alternative record a *copy* of this

Order with the Clerk of the County of Orange County, New York to provide such notice.

Dated: _____, New York
_____, ____, 2026

_____
UNITED STATES BANKRUPTCY JUDGE

2

| Summary report: Litera Compare for Word 11.13.0.54 Document comparison done on 3/18/2026 4:19:06 PM | |
|---|---|
| **Style name:** Default Style | |
| **Intelligent Table Comparison:** Active | |
| **Original DMS:** iw://archerlaw.cloudimanage.com/archer/231850064/1 - Duzdevich — 522(f) Order.docx | |
| **Modified DMS:** iw://archerlaw.cloudimanage.com/archer/231850064/3 - Duzdevich — 522(f) Order.docx | |
| **Changes:** | |
| Add | 13 |
| Delete | 12 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 25 |